EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:
Scott J. Allen (CSB 178925)
LARIVIERE, GRUBMAN & PAYNE, LLP
19 Upper Ragsdale Dr., Suite 200
Monterey, CA 93942
(83) 649-8800

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

EASTERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 501 I Street, Room 4-200
MAILING ADDRESS: Sacramento, CA 95814
CITY AND ZIP CODE:
BRANCH NAME:

FOR RECORDER'S USE ONLY

PLAINTIFF: MIS SCIENCES CORPORATION
DEFENDANT: DOMAIN SOURCE, INC.

CASE NUMBER: 2:14-mc-00001 TLN DAD

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   ```
   Domain Source, Inc.
   17778 Shasta Lake Road
   Lakehead, CA 96051
   ```
   b. Driver's license no. [last 4 digits] and state:  [ ] Unknown
   c. Social security no. [last 4 digits]:  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* 17778 Shasta Lake Road, Lakehead, CA 95061

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   MIS Sciences Corporation, 2550 N. Hollywood Way, Burbank, CA 91505
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: January 10, 2013
Scott J. Allen
(TYPE OR PRINT NAME)

▶ /s/ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 100,446.90
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* March 23, 2007
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
**JAN 1 5 2014**

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action. Marianne Matherly, Clerk
    b. [ ] A certified copy of the judgment is attached.

Clerk, by /s/ A. Mulenan , Deputy
by: Deputy Clerk

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: MIS SCIENCES CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT: DOMAIN SOURCE, INC. | 2:14-mc-00001 TLN DAD |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Andrew Sievright, Registered Agent
Domain Source, Inc.
17778 Shasta Lake Rd., Lakehead, CA 96051

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to *(address):*
17778 Shasta Lake Road
Lakehead, CA 96051

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.