LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
rallen@lgpatlaw.com
Scott J. Allen (Bar No.178925)
sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MIS SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DOMAIN SOURCE, INC.<br><br>　　　　　Defendants. | Case No: 2:14-MC-00001 TLN DAD<br><br>**MOTION TO CONTINUE DEBTOR'S EXAMINATION TO MAY 2, 2014** |

　　　Plaintiff, MIS Sciences Corporation, hereby requests that the court reset the debtor's examination set for March 14, 2014.

　　　Application and Order for Appearance and Examination was filed with the court on January 24, 2014 scheduling the examination for March 14, 2014. Plaintiff immediately hired a process server to service notice of the examination on Andrew Sievright as a third party in possession or control of Domain Source, Inc.'s assets.

Motion to Continue Debtor's Examination to May 2, 2014
MIS SCIENCES V. Domain Source, Inc.

1  However, it was not until March 4, 2014, that the subpoena and order for debtor's examination were successfully served on Mr. Sievright pursuant to California Code of Civil Procedure 415.20. Such service, unfortunately, is not timely for the March 14, 2014 date.

Plaintiff requests that the debtor's examination be continued and reset for May 2, 2014 at 9:30 in Room 27, 8th floor, at the United States District Court, Sacramento Division, 501 I Street, Sacramento, CA 95814. Plaintiff will serve notice of the new date.

Dated: March 5, 2014                    LARIVIERE, GRUBMAN & PAYNE, LLP

By: _____
Scott J. Allen
Attorneys for Plaintiff
MIS SCIENCES CORPORATION

Motion to Continue Debtor's Examination to May 2, 2014
MIS SCIENCES V. Domain Source, Inc.

2

LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
rallen@lgpatlaw.com
Scott J. Allen (Bar No.178925)
sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MIS SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION,<br><br>         Plaintiff,<br><br>vs.<br><br>DOMAIN SOURCE, INC.<br><br>         Defendants. | Case No: 2:14-MC-00001 TLN DAD<br><br>**ORDER CONTINUING DEBTOR'S EXAMINATION TO May 2, 2014** |

IT IS HEREBY ORDERED that the Debtor's examination is continued to May 2, 2014 at 9:30 in Room 27, 8th floor, at the United States District Court, Sacramento Division, 501 I Street, Sacramento, CA 95814.

Dated:

_____
JUDGE OF THE U.S. DISTRICT COURT

Order Continuing Debtor's Examination to May 2, 2014
MIS SCIENCES V. Domain Source, Inc.

1