| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Scott J. Allen, 178925<br>LARIVIERE, GRUBMAN & PAYNE, LLP<br>19 Upper Ragsdale Drive<br>Monterey, CA 93942 | (831) 649-8800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>1325-0036 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA 95814-0000

PLAINTIFF:

MIS Sciences Corporation

DEFENDANT:

Domain Source, Inc.

| PROOF OF SERVICE | DATE:<br>3/14/2014 | TIME:<br>9:30 AM | DEPT/DIV:<br>27 | CASE NUMBER:<br>2:14-MC-00001 TLN DAD |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Application and Order for Appearance and Examination, Subpoena in a Civil Case

2. Person Served (name):    Domain Source, Inc., by serving Katie Dobbins - Person Authorized to Accept

3. Date and Time of Delivery:    3/4/2014        4:20 PM

**BY FAX**

4. Address where served:    448 Redcliffe Drive
Redding, CA 96002

5. I received the above document(s) for service on (date):    2/21/2014

6. Witness Fees:    Witness fees and mileage both ways were not demanded or paid.

Fee for service (including Witness Fees if paid) $:131.90

Registered California process server.
County: SHASTA
Registration No.:117

Duane Shoemaker
One Legal - 194-Marin
504 Redwood Blvd, Suite 223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/5/2014 at Los Angeles, California.

Signature: _____
Duane Shoemaker

OL# 7339244