LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
rallen@lgpatlaw.com
Scott J. Allen (Bar No.178925)
sallen@lgpatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835
Attorneys for Plaintiff
MIS SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION, | ) No: 2:14-mc-00001 TLN DAD |
| Plaintiff, | ) **MOTION TO CONTINUE** |
| vs. | ) **DEBTOR'S EXAMINATION TO** |
| | ) **MAY 2, 2014 AND ORDER** |
| DOMAIN SOURCE, INC. | ) |
| Defendants. | ) |

Plaintiff, MIS Sciences Corporation, hereby requests that the court reset the debtor's examination set for March 14, 2014.

Application and Order for Appearance and Examination was filed with the court on January 24, 2014 scheduling the examination for March 14, 2014.  Plaintiff immediately hired a process server to service notice of the examination on Andrew Sievright as a third party in possession or control of Domain Source, Inc.'s assets.

However, it was not until March 4, 2014, that the subpoena and order for debtor's examination were successfully served on Mr. Sievright pursuant to California Code of Civil Procedure 415.20.  Such service, unfortunately, is not timely for the March 14, 2014 date.

Motion to Continue Debtor's Examination to May 2, 2014
MIS SCIENCES V. Domain Source, Inc.

1

Plaintiff requests that the debtor's examination be continued and reset for May 2, 2014 at 9:30 in Room 27, 8th floor, at the United States District Court, Sacramento Division, 501 I Street, Sacramento, CA 95814.  Plaintiff will serve notice of the new date.

Dated: March 5, 2014                                       LARIVIERE, GRUBMAN & PAYNE, LLP

                                                                                  _____
                                                                                  Scott J. Allen
                                                                                  Attorneys for Plaintiff
                                                                                  MIS SCIENCES CORPORATION

Motion to Continue Debtor's Examination to May 2, 2014
MIS SCIENCES V. Domain Source, Inc.

# **ORDER**

IT IS HEREBY ORDERED that:

    1.  Plaintiff's March 5, 2014 motion to continue the Debtor's Examination (Dkt. No. 9) is granted; and

    2.  The March 14, 2014 Debtor's Examination is continued to **May 2, 2014,** at **9:30 a.m.** in **Courtroom 27**, **8th floor**, at the **United States District Court, Sacramento Division, 501 I Street, Sacramento, CA 95814**.

Dated:  March 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\mis0001.cont.debt.ord.doc

Order Continuing Debtor's Examination to May 2, 2014
MIS SCIENCES V. Domain Source, Inc.

1