| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Scott J. Allen, 178925<br>LARIVIERE, GRUBMAN & PAYNE, LLP<br>19 Upper Ragsdale Drive<br>Monterey, CA 93942 | (831) 649-8800 | |
| | Ref. No. or File No.<br>1325-0036 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA 95814-0000

PLAINTIFF:
MIS SCIENCES CORPORATION

DEFENDANT:
DOMAIN SOURCE, INC.

| | DATE | TIME | DEPT/DIV | CASE NUMBER: |
|---|---|---|---|---|
| PROOF OF SERVICE | 5/2/2014 | 9:30 AM | 27 | 2:14-MC-00001 TLN DAD |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

   Order Continuing Debtor's Examination to May 2, 2014, Subpoena in a Civil Case directed to Andrew Sievright, and Letter from Scott J. Allen to Andrew Sievright dated 3/7/14

2. Person Served (name): Andrew Sievright, by serving Katie Dobbins - Person Authorized to Accept

3. Date and Time of Delivery: 3/10/2014   3:51 PM

4. Address where served: 448 Redcliffe Drive 102
   Redding, CA 96002

5. I received the above document(s) for service on (date): 3/7/2014

6. Witness Fees: Witness fees and mileage both ways were offered or demanded and paid. Amount $218.08

Fee for service (including Witness Fees if paid) $:408.16

Registered California process server.
County: SHASTA
Registration No.:179

Steve Wilson
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/19/2014 at Los Angeles, California.

Signature: _____
Steve Wilson

OL# 7340805

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Scott J. Allen, 178925<br>LARIVIERE, GRUBMAN & PAYNE, LLP<br>19 Upper Ragsdale Drive<br>Monterey, CA 93942<br>ATTORNEY FOR (Name): Plaintiff | TELEPHONE NO.:<br>(831) 649-8800<br><br>Ref. No. or File No.<br>1325-0036 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA 95814-0000

PLAINTIFF:
MIS SCIENCES CORPORATION

DEFENDANT:
DOMAIN SOURCE, INC.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>2:14-MC-00001 TLN DAD |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 3/19/2014, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made, I mailed copies of the:

Order Continuing Debtor's Examination to May 2, 2014, Subpoena in a Civil Case directed to Andrew Sievright, and

Letter from Scott J. Allen to Andrew Sievright dated 3/7/14

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

Andrew Sievright
448 Redcliffe Drive, 102
Redding, CA 96002

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 408.18

Sarah Jung
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/19/2014 at Los Angeles, California.

*Sarah Jung*

OL# 7340805