LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
rpayne@lgpatlaw.com
Scott J. Allen (Bar No.178925)
sallen@lpgatlaw.com
Post Office Box 3140
19 Upper Ragsdale Drive
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835
Attorneys for Plaintiff
MIS SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIS SCIENCES CORPORATION,<br><br>　　　　Plaintiff,<br>vs.<br><br>DOMAIN SOURCE, INC.<br><br>　　　　Defendant. | No: 2:14-mc-00001 TLN DAD<br><br>**MOTION AND ORDER TO CONTINUE DEBTOR'S EXAMINATION TO JUNE 20, 2014** |

　　　Plaintiff, MIS Sciences Corporation, hereby requests that the court reset the debtor's examination set for May 2, 2014.

　　　On March 5, 2014, Plaintiff filed a Motion to Continue Debtor's Examination to May 2, 2014, which was granted on March 6, 2014.

　　　The Parties are currently involved in settlement negotiations.  Therefore, Plaintiff requests that the debtor's examination be continued and reset for June 20, 2014 at 9:30 in Room 27, 8th floor, at the United States District Court, Sacramento Division, 501 I Street, Sacramento, CA 95814.  Defendant, Domain Source, Inc. has no objection to this motion.

/////

1  Dated: April 25, 2014                         LaRIVIERE, GRUBMAN & PAYNE, LLP

2

3                                                By:  /s/ Robert W. Payne, Esq.
                                                     Robert W. Payne
4                                                    Attorneys for Plaintiff
                                                     MIS SCIENCES CORPORATION
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Continue Debtor's Examination to June 20, 2014
Case No. 2:14-mc-00001 TLN DAD

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On April 25, 2014, I served the following document:

**MOTION TO CONTINUE DEBTOR'S EXAMINATION TO JUNE 20, 2014**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

Charlotte Kuhn
Newman DuWors
1201 Third Avenue
Suite 1600
Seattle, WA 98101

Attorney for Defendant,
Domain Source, Inc.

_X__  **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____  **EMAIL**: I caused such document(s) to be delivered by email to the addressee(s) designated:

____  **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

_X__  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2014 at Monterey, California.

_____
Tabatha Morgan
Paralegal

Motion to Continue Debtor's Examination to June 20, 2014
Case No. 2:14-mc-00001 TLN DAD

**ORDER**

IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed April 25, 2014 motion to continue the Debtor's Examination (Dkt. No. 15) is granted; and

2. The May 2, 2014 Debtor's Examination is continued to **June 20, 2014,** at **9:30 a.m.** in **Courtroom 27**, **8th floor**, at the **United States District Court, Sacramento Division, 501 I Street, Sacramento, CA 95814**.

Dated:  April 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\mis0001.cont.debt.ord2.doc

Order Continuing Debtor's Examination to June 20, 2014
Case No. 2:14-mc-00001 TLN DAD

1